United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Amparo Benitez, *on behalf of A.E.*, Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 20-22089-Civ-Scola ) |
| Commissioner of Social Security, Defendant. | ) ) ) |

### Order Adopting the Magistrate's Report and Recommendations

This matter was referred to United States Chief Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiff's unopposed motion for attorney's fees. On March 14, 2022, Judge Torres issued a report, recommending that the Court grant the motion and award the Plaintiff attorney's fees in the amount of $5,732. (Report & Recommendations, ECF No. 26.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, this Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 26**). The Court **grants** the Plaintiff's motion for attorneys' fees (**ECF No. 25**). Consistent with the report, the Court awards **$5,732** in attorney's fees to the Plaintiff unless a federal debt is otherwise owed.

**Done and ordered** in Miami, Florida, on March 29, 2022.

_____
Robert N. Scola, Jr.
United States District Judge